# United States District Court
## Northern District of Illinois
### Eastern Division



DOCKETED
NOV 1 4 2003

The Chamberlain Group Inc.  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 02 C 6376

Skylink Technologies, Inc.

☐  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's motion for partial summary judgment granted. Judgment is entered in favor of Defendant Skylink Technologies, Inc. on Count III of Chamberlain's Second Amended Complaint. All other claims are dismissed voluntarily without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 11/13/2003

Ena T. Ventura, Deputy Clerk